UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Dermaine Rios,<br>      Petitioner,<br><br>-v-<br><br>Shane Place,<br>      Respondent. | No. 2:15-cv-160<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 92), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  September 26, 2017          /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge